# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CHEEK, an individual, | Case No.: 22-cv-1931-AJB (MSB) |
| Plaintiff, | |
| vs. | |
| FRESENIUS HEALTH PARTNERS, INC., a Delaware Corporation, and DOES 1 through 50, inclusive, | **ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |
| Defendants. | |

Pursuant to the parties' joint motion, IT IS HEREBY ORDERED that the entire action be dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 14, 2023

Hon. Anthony J. Battaglia
United States District Judge

1

Case No.: 22-cv-1931-AJB (MSB)